## DECEMBER 23, 1986

No. 86–567. CURRY ET AL. *v.* BAKER ET AL. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 53.

No. 86–569. GRADDICK, ATTORNEY GENERAL OF ALABAMA *v.* HENDERSON ET AL. Appeal from D. C. M. D. Ala. dismissed under this Court's Rule 53.

## DECEMBER 30, 1986

No. 86–613. GRIFFIN HOSPITAL *v.* COMMISSION ON HOSPITALS AND HEALTH CARE. Appeal from Sup. Ct. Conn. dismissed under this Court's Rule 53.

No. 85–1094. HOPFMANN ET AL. *v.* CONNOLLY ET AL. Appeal from C. A. 1st Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.